# United States District Court
## For The Western District of North Carolina
## Statesville Division

JAMES WESLEY JONES,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                  5:09CV114

PENN NATIONAL INSURANCE COMPANY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2011, Memorandum Opinion and Order.

                                                 Signed: July 19, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court